**Opinion issued January 27, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00017-CV

————————————

## IN RE M.D. MARK, INC., Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

On January 8, 2015, relator, M.D. Mark, Inc., filed a petition for writ of mandamus challenging the trial court's denial of a motion to appear pro hac vice.[1] On January 14, 2015, relator filed a motion requesting voluntary dismissal of the

---

[1] The underlying case is *M.D. Mark, Inc. v. Penn Virginia Oil & Gas, L.P., Penn Virginia Oil & Gas GP, LLC, Crow Creek Holding Corporation, and Crow Creek Energy, LLC*, cause number 2014-34393, pending in the 190th District Court of Harris County, Texas, the Honorable Patricia Kerrigan presiding.

petition, stating that the trial court subsequently signed an order granting the motion. No prior opinion has issued in this original proceeding.

We grant the motion and dismiss relator's petition for writ of mandamus. *Cf.* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.